JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
IMANI DIXON
Assistant United States Attorney
Nevada Bar Number 15724
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6270/Fax: 702.388.6418
Imani.Dixon@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>VICTOR MORALES-VAZQUEZ, )<br>)<br>Defendant. )<br>) | Case No.:   2:22-CR-227-JAD-EJY<br><br>**JOINT STATUS REPORT AND STIPULTION**<br>(First request) |

Plaintiff, UNITED STATES OF AMERICA, by and through Jason M. Frierson, United States Attorney and Imani Dixon, Esq., Assistant United States Attorney, and Defendant, VICTOR MORALES-VAZQUEZ, by and through his counsel, Carol Griffin, Esq., hereby files this Joint Status Report and request the status check hearing scheduled for January 8, 2024, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. On or about July 3, 2023, defendant entered into a Petty Offense Agreement with the United States in which he agreed to plead guilty to Count One of the Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol, in violation of 43 C.F.R. § 8341(f)(3), NRS 484C.110.1(a). *See* ECF No. 21.

2. The parties agreed to recommend that defendant be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $500.00 fine and a mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's (1) DUI course and (2) Victim Impact Panel; (iii) complete a eight (8) hour online alcohol awareness course; (iv) not violate any local, state, or federal laws. If defendant successfully completed these conditions within the first six (6) months of his unsupervised probation, the government would move to amend Count One to a charge of Reckless Driving, a violation of 43 C.F.R. § 8365.1-3(a).

3. On July 3, 2023, this Court sentenced defendant pursuant to the parties' plea agreement. *See* ECF No. 20.

4. Since commencing his term of unsupervised probation, defendant has successfully completed all conditions of his sentence except for condition (iii) for the eight (8) hour online alcohol awareness course.

5. On December 28, 2023, Counsel for defendant contacted the government and advised of defendant's trouble in completing the class due to it not being offered in Spanish.

6. Defendant requires additional time to identify a comparable class offered in Spanish and time to complete the course.

7. The government has no objection to a brief continuance.

8. Defendant is out of custody and agrees to the continuance.

9. This is the <u>first</u> stipulation to continue filed herein.

//

//

//

//

DATED this 4th day of January, 2024.

                                                        Respectfully submitted,
                                                        JASON M. FRIERSON
                                                        United States Attorney

_/s/ Carol Griffin_                                      _/s/ Imani Dixon_
CAROL GRIFFIN, ESQ.                     IMANI L. DIXON, ESQ.
Attorney for Defendant                     Assistant United States Attorney

//

//

//

//

//

//

//

//

//

//

//

//

//

3

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:22-CR-227-JAD-EJY |
| Plaintiff, | **ORDER** |
| vs. | |
| VICTOR MORALES-VAZQUEZ, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, this court finds:

1. On or about July 3, 2023, defendant entered into a Petty Offense Agreement with the United States in which he agreed to plead guilty to Count One of the Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol, in violation of 43 C.F.R. § 8341(f)(3), NRS 484C.110.1(a). *See* ECF No. 21.

2. The parties agreed to recommend that defendant be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $500.00 fine and a mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's (1) DUI course and (2) Victim Impact Panel; (iii) complete a eight (8) hour online alcohol awareness course; (iv) not violate any local, state, or federal laws. If defendant successfully completed these conditions within the first six (6) months of his unsupervised probation, the government would move to amend Count One to a charge of Reckless Driving, a violation of 43 C.F.R. § 8365.1-3(a).

3. On July 3, 2023, this Court sentenced defendant pursuant to the parties' plea agreement. *See* ECF No. 20.

4

4. Since commencing his term of unsupervised probation, defendant has successfully completed all conditions of his sentence except for condition (iii) for the eight (8) hour online alcohol awareness course.

5. On December 28, 2023, Counsel for defendant contacted the government and advised of defendant's trouble in completing the class due to it not being offered in Spanish.

6. Defendant requires additional time to identify a comparable class offered in Spanish and time to complete the course.

7. The government has no objection to a brief continuance.

8. Defendant is out of custody and agrees to the continuance.

9. This is the <u>first</u> stipulation to continue filed herein.

**ORDER**

IT IS HEREBY ORDERED that the status check hearing currently scheduled for January 8, 2024, at the hour of 10:00 a.m. be vacated and continued to February 12, 2024 at the hour of 10:00 a.m.

DATED this 5th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE

5